UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

F.D. CONSEILLANT,
    Petitioner,

 -against-            03-CV-685
                  (LEK/DRH)

MICHAEL McGINNIS, Superintendent,
Southport Corr. Facility,
    Respondents.

## DECISION AND ORDER

  This matter comes before the Court following a Report-Recommendation filed on March 18, 2005 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by F.C. Conseillant, which were filed on March 29, 2005.

  It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." <u>Id</u>.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

  Accordingly, it is hereby

  ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its

1

ENTIRETY; and it is further

    ORDERED, that the petition for a writ of habeas corpus be **DENIED**; and it is further

    ORDERED, that the Clerk serve a copy of this order on all parties.

    IT IS SO ORDERED.

DATED:    April 11, 2005
              Albany, New York

              Lawrence E. Kahn
              U.S. District Judge